JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALEJANDRO ROSALES, ) Case No. SACV 11-1104-DMG (JEM)
        Petitioner,
v. ) **JUDGMENT**

D. DAVEY, Warden,
        Respondent.

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: December 29, 2011

                         DOLLY M. GEE
                UNITED STATES DISTRICT JUDGE